ALLEN COMSTOCK, Impleaded, etc.,

*v.*

SAMUEL WOOD.

APPEAL from the Circuit Court of Adams county ; the Hon.
JOSEPH SIBLEY, Judge, presiding.

This was an action on the case, brought by Wood against
Allen Comstock and others, for alleged malicious prosecution
and arrest of Wood, in a former suit, in an action on the case
by them, against said Wood, one Hayte and others, for alleged
conspiracy and enticing away the servants and apprentices of
said Comstock and others.   The trial resulted in a verdict for
the plaintiff, and the defendant brings the cause to this court
on appeal.

Mr. N. BUSHNELL, Messrs. SKINNER & MARSH and Messrs.
WHEAT & MARCY, for the appellant.

Mr. JACKSON GRIMSHAW and Messrs. WARREN & WHEAT,
for the appellee.

PER CURIAM:  This case is, in all its material aspects, the
same as the preceding case of *Collins* v. *Hayte,* and the
opinion filed in that case will apply to this.

The judgment is reversed for the reasons given in that
opinion.

*Judgment reversed.*